**Carlos A. Rasch**, OSB# 072179
E-mail: crasch@houser-law.com
**Emilie K. Edling**, OSB #035931
E-mail: eedling@houser-law.com
HOUSER & ALLISON, APC
9600 SW Oak St., Suite 570
Portland, OR 97223
Telephone: (503) 914-1382
Facsimile:  (503) 914-1383
Attorneys for Plaintiff Ocwen Loan Servicing,
LLC, and Third Pary Defendants OneWest
Bank, FSB, and Federal National Mortgage
Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.: 3:14-cv-01985-MC |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| JOHN W. FRASER, | |
| Defendant, | |
| ONEWEST BANK, FSB; FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Third Party Defendants. | |

## I.  CERTIFICATE OF COMPLIANCE

Pursuant to LR 7-1(a), the parties have conferred regarding the instant motion to

continue the deadline for Ocwen Loan Servicing, LLC ("Ocwen"), OneWest Bank, FSB

("OneWest"), and Federal National Mortgage Association's ("Fannie Mae") to file their

reply in support of their Motion to Dismiss Defendant John W. Fraser's counterclaims and cross claims.  The parties agree as to the following extensions of deadlines requested in this motion and this motion is unopposed.

## II.  MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), Ocwen, OneWest, and Fannie Mae move for an Order enlarging the time in which they must file their Reply in Support of the Motion to Dismiss Defendant John W. Fraser's counterclaims and cross claims.  The reply is currently due January 22, 2015.  The parties request a modest extension of seven (7) days so that the reply is due on January 29, 2015.

Good causes appears for the extension, as Counsel for Ocwen, OneWest, and Fannie Mae must confer with its client prior to filing the reply and requests the additional time to do so.  This motion is made in good faith and not for purposes of delay.

DATED this 15th day of January, 2015.

HOUSER & ALLISON, APC


BY    /s/ *CARLOS A. RASCH*
    **Carlos A. Rasch**, OSB #072179
    E-mail: crasch@houser-law.com
    **Emilie K. Edling**, OSB #035931
    E-mail: eedling@houser-law.com
    HOUSER & ALLISON, APC
    9600 SW Oak St., Suite 570
    Portland, OR 97223
    Telephone: (503) 914-1382
    Facsimile:  (503) 914-1383
    Attorney for Plaintiff *Ocwen Loan Servicing, LLC,*and Third Party Defendants *OneWest Bank, FSB, and Federal National Mortgage Association*